# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF PENNSYLVANIA*
*3810 United States Courthouse*
*Sixth and Market Streets*
*Philadelphia, Pennsylvania 19106-1741*

*Chambers of*
*Michael M. Baylson*
*United States District Judge*

August 7, 2008

*Telephone (267) 299-7520*

Honorable Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

RECEIVED
2008 AUG 13 A 11: 04
FINANCIAL
DISCLOSURE OFFICE

        Re:    **Calendar Year 2007 Filing**

Dear Judge Smith:

        In response to your letter of July 11, 2008, I wish to provide the additional information you requested.

        With regard to Schroder Short-Term Muni-Brokerage #1, I wish to advise you that this asset was purchased, and partially sold, during 2007. Accordingly, Column D (2) should include the date of August 27, 2007 and Column D (3) should include value code "L."

        I hope this is responsive to your request and satisfies your questions.



MMB:lm

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF PENNSYLVANIA*
*3810 United States Courthouse*
*Sixth and Market Streets*
*Philadelphia, Pennsylvania 19106-1741*

*Chambers of*
*Michael M. Baylson*
*United States District Judge*

May 22, 2008

*Telephone (267) 299-7520*

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, NE
Washington, DC 20544

Dear Sir/Madam:

    I wish to amend my 2007 Financial Disclosure Report under Section III., B, Spouse's Non-Investment Income. ▮▮▮▮▮ had non-investment income from Thomas Jefferson Hospital during 2007.



MMB:lm

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Baylson, Michael M | 2. Court or Organization<br><br>U.S.D.C. Eastern Dist. Of Pa. | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director (resigned March 2007) | Conservation Center for Art and Historic Artifacts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Duane Morris LLP; $80,000 per year for five years, commencing in 2003. |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 8: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Philadelphia Fertility Institute |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 03/23/2007 | New York, NY | NYIPLA Judges Dinner | Amtrak: $92.25; Parking: $39.00; Taxi fare: $14.90 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | margin loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Avaya | | None | | | sell | 10/26 | J | A | |
| 2.  Exxon Mobil Corp. | A | Dividend | L | T | sell partial | 01/19 | K | D | |
| 3.  Verizon Communications | C | Dividend | M | T | | | | | |
| 4.  Viacom Inc. Class B | | None | J | T | | | | | |
| 5.  Israel State 15 Yr Dollar Current Income Bond 7th | A | Interest | J | T | | | | | |
| 6.  Command Money Fund | A | Interest | J | T | | | | | |
| 7.  AT&T Corp. | B | Dividend | M | T | sell partial | 01/19 | J | D | |
| 8.  Bank of America | C | Dividend | L | T | | | | | |
| 9.  BP Plc Sponsored ADR | B | Dividend | L | T | | | | | |
| 10.  Fidelity National Information Services | A | Dividend | K | T | | | | | |
| 11.  Choicepoint Inc. | | None | K | T | | | | | |
| 12.  Comcast Corp. Class A | | None | K | T | sell partial | 02/02 | J | A | |
| 13.  Comcast Corp. Class A Special | | None | K | T | | | | | |
| 14.  Conoco Inc. Class B | A | Dividend | K | T | | | | | |
| 15.  Delphi Automotive Systems Corp. | | None | J | T | | | | | |
| 16.  Equifax Inc. | A | Dividend | K | T | | | | | |
| 17.  Exelon Corp. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. E4L Inc. | | None | J | T | | | | | |
| 19. General Electric Co. | D | Dividend | M | T | | | | | |
| 20. General Motors Corp. | A | Dividend | J | T | | | | | |
| 21. General Motors Corp. Class H New | | None | J | T | | | | | |
| 22. International Business Machines | B | Dividend | L | T | | | | | |
| 23. J.P. Morgan Chase & Co. Common New | B | Dividend | K | T | | | | | |
| 24. Keycorp. New | A | Dividend | J | T | | | | | |
| 25. Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 26. MHM Services Inc. | | None | J | T | | | | | |
| 27. Motorola Inc. | A | Dividend | J | T | | | | | |
| 28. NCR Corp. | | None | J | T | | | | | |
| 29. PNC Financial Services Corp. | C | Dividend | M | T | | | | | |
| 30. Prologis Trust SBI | A | Dividend | L | T | | | | | |
| 31. TPI Enterprise, Inc. | | None | J | T | | | | | |
| 32. Wachovia Corp. 2nd | B | Dividend | K | T | | | | | |
| 33. Walmart De Mexico SA Sponsored ADR | A | Dividend | J | T | | | | | |
| 34. Western Digital Corp. Del | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Franklin Mutual Ser Fund Inc. | B | Dividend | K | T | | | | | |
| 36. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | |
| 37. CMF Money Market Portfolio | | None | J | T | | | | | |
| 38. Oncologix Tech Inc. | | None | J | T | | | | | |
| 39. Comcast Corp. Class A | | None | J | T | | | | | |
| 40. Comcast Corp. Class A Special | | None | J | T | | | | | |
| 41. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | |
| 42. PNC Financial Services Group Inc. | A | Dividend | J | T | | | | | |
| 43. Great Lakes Bancorp, Inc. | | None | J | T | | | | | |
| 44. Oncologix Tech Inc. | | None | J | T | | | | | |
| 45. Cisco Systems Inc. | | None | J | T | | | | | |
| 46. CBRX | | None | J | T | | | | | |
| 47. Covad Communications Group | | None | J | T | | | | | |
| 48. Salix | | None | K | T | | | | | |
| 49. Intel Corp. | A | Dividend | K | T | | | | | |
| 50. Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 51. Nokia Corp. ADR | A | Dividend | K | T | sell partial | 04/26 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Qualcomm Communications | A | Dividend | K | T | | | | | |
| 53. Qwest Communications International Inc. | | None | J | T | | | | | |
| 54. Rite Aid Corp. | | None | | | sell | 03/27 | K | A | |
| 55. Safeguard Scientics Inc. | | None | J | T | | | | | |
| 56. Sun Microsystems Inc. | | None | J | T | | | | | |
| 57. Worldcom Inc. | | None | J | T | | | | | |
| 58. Government of Israel | A | Interest | J | T | | | | | |
| 59. Advanced Reproductive Care | | None | J | W | | | | | |
| 60. Baumrin et al Partnership | | None | K | W | | | | | |
| 61. BC Partnership | G | Distribution | J | U | | | | | |
| 62. Philadelphia Fertility Institute | A | Distribution | N | U | | | | | |
| 63. Pennsylvania Reproductive Assoc. | | None | M | U | | | | | |
| 64. Clinton Endocrine Assoc. | D | Distribution | L | U | | | | | |
| 65. Fertility Testing Lab | | None | J | U | | | | | |
| 66. Brandywine Mutual Fund | C | Dividend | K | T | | | | | |
| 67. MSDW UGMA Equity | C | Dividend | K | T | | | | | |
| 68. MSDW UGMA Small Cap | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MSDW UGMA Mid Cap Growth | A | Dividend | L | T | | | | | |
| 70. IRA #3 - Great Western Account (now Principal) | E | Dividend | | | sell | 11/08 | N | F | |
| 71. Washington Mutual | | None | J | T | sell partial | 01/19 | J | A | |
| 72. Greenspan-Baylson Partnership | C | Int./Div. | L | U | sell partial | 12/31 | L | F | |
| 73. Agere System Inc. | | None | | | merger | 03/30 | J | A | |
| 74. LSI Logic | | None | J | T | merger | 03/30 | J | | |
| 75. Nortel | | None | J | T | | | | | |
| 76. Taro | | None | J | T | | | | | |
| 77. Teva | | None | L | T | buy | 07/23 | K | | |
| 78. BB Partnership | A | Interest | K | W | | | | | |
| 79. Zabecor | | None | K | W | | | | | |
| 80. Planet Data Acq. | | None | K | W | | | | | |
| 81. Planet Data Acq. Note Receivable | C | Interest | K | U | | | | | |
| 82. Schwab Adv Cash Reserve - Brokerage #1 | A | Dividend | J | T | buy | 08/27 | N | | |
| 83. DFA Emerging Mkts - Brokerage #1 | A | Dividend | J | T | sell partial | 08/13 | K | D | |
| 84. DFA Intl Small Value - Brokerage #1 | B | Dividend | J | T | sell partial | 01/24 | J | B | |
| 85. DFA Tax Mgd Intl Value - Brokerage #1 | B | Dividend | K | T | sell partial | 01/24 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DFA Tax Mgd US Small - Brokerage #1 | A | Dividend | J | T | sell partial | 01/18 | J | A | |
| 87. DFA US Micro - Brokerage #1 | A | Dividend | J | T | sell partial | 02/27 | J | A | |
| 88. First Eagle Overseas - Brokerage #1 | B | Dividend | J | T | sell partial | 02/27 | J | A | |
| 89. Hotchkis & Wiley Core Value - Brokerage #1 | C | Dividend | K | T | | | | | |
| 90. Janus Overseas - Brokerage #1 | A | Dividend | J | T | sell partial | 02/27 | J | C | |
| 91. Royce Value Plus - Brokerage #1 | A | Dividend | J | T | sell partial | 02/27 | J | A | |
| 92. Schroder Short-Term Muni - Brokerage #1 | A | Dividend | L | T | sell partial | 11/06 | K | A | |
| 93. Thornburg Intl Value - Brokerage #1 | B | Dividend | J | T | sell partial | 01/24 | J | B | |
| 94. Westcore Intl Frontier - Brokerage #1 | A | Dividend | J | T | sell partial | 02/27 | J | B | |
| 95. Schwab Adv Cash Reserve - IRA #1 | B | Dividend | K | T | | | | | |
| 96. Schwab Value Advantage - IRA #1 | D | Dividend | N | T | | | | | |
| 97. DFA One Year Fixed Income - IRA #1 | E | Dividend | N | T | | | | | |
| 98. Adams Harkness Small Cap Growth - IRA #1 | C | Dividend | L | T | | | | | |
| 99. Brandywine Fund - IRA #1 | E | Dividend | M | T | | | | | |
| 100. DFA Emerging Mkts - IRA #1 | B | Dividend | M | T | | | | | |
| 101. DFA Intl Small Value - IRA #1 | E | Dividend | M | T | | | | | |
| 102. DFA Intl Value - IRA #1 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. DFA US Large Value - IRA #1 | D | Dividend | M | T | | | | | |
| 104. DFA US Small Value - IRA #1 | D | Dividend | L | T | | | | | |
| 105. DFA US Micro - IRA #1 | D | Dividend | L | T | | | | | |
| 106. Dodge & Cox Stock - IRA #1 | D | Dividend | L | T | | | | | |
| 107. First Eagle Overseas - IRA #1 | D | Dividend | L | T | | | | | |
| 108. Hotchkis & Wiley Core Value - IRA #1 | | None | | | sell | 11/02 | M | D | |
| 109. Hotchkis & Wiley Large Value - IRA #1 | D | Dividend | M | T | buy | 11/02 | M | | |
| 110. Janus Mid Cap Value - IRA #1 | D | Dividend | L | T | sell partial | 11/02 | M | D | |
| 111. Hotchkis & Wiley Mid Value - IRA #1 | E | Dividend | M | T | buy | 11/02 | M | | |
| 112. Janus Overseas - IRA #1 | D | Dividend | M | T | | | | | |
| 113. Morgan Stanley Emerging Mkts - IRA #1 | E | Dividend | M | T | | | | | |
| 114. Morgan Stanley Intl Eqty Fund - IRA #1 | E | Dividend | M | T | | | | | |
| 115. NB Fasciano - IRA #1 | D | Dividend | L | T | | | | | |
| 116. Royce Opportunity - IRA #1 | D | Dividend | K | T | | | | | |
| 117. Royce Value Plus - IRA #1 | C | Dividend | L | T | | | | | |
| 118. Thornburg Intl Value - IRA #1 | C | Dividend | K | T | | | | | |
| 119. Vanguard Growth Eqty - IRA #1 | | None | | | sell | 11/29 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Janus Fund - IRA #1 | A | Dividend | M | T | buy | 11/29 | M | | |
| 121. Westcore Growth - IRA #1 | | None | | | sell | 11/07 | M | E | |
| 122. Turner Core Growth - IRA #1 | A | Dividend | M | T | buy | 11/07 | M | | |
| 123. Westcore Intl Frontier - IRA #1 | B | Dividend | L | T | | | | | |
| 124. Westcore Mid Cap Value - IRA #1 | B | Dividend | M | T | sell partial | 11/02 | K | C | |
| 125. Westcore MIDCO Growth - IRA #1 | E | Dividend | M | T | | | | | |
| 126. William Blair Intl Growth - IRA #1 | D | Dividend | M | T | | | | | |
| 127. William Blair Intl Small Cap Growth - IRA #1 | B | Dividend | K | T | | | | | |
| 128. William Blair Large Cap Growth - IRA #1 | A | Dividend | L | T | | | | | |
| 129. Schwab Adv Cash Reserve - IRA #2 | B | Dividend | K | T | | | | | |
| 130. Schwab Value Advantage - IRA #2 | D | Dividend | M | T | buy | 11/08 | L | | |
| 131. DFA One Year Fixed Income - IRA #2 | D | Dividend | N | T | buy | 11/08 | M | | |
| 132. Adams Harkness Small Cap Growth - IRA #2 | B | Dividend | L | T | buy | 11/08 | J | | |
| 133. Brandywine Fund - IRA #2 | D | Dividend | M | T | buy | 11/08 | K | | |
| 134. DFA Emerging Mkts - IRA #2 | B | Dividend | L | T | sell partial | 11/08 | J | C | |
| 135. DFA Intl Small Value - IRA #2 | D | Dividend | M | T | buy | 11/08 | K | | |
| 136. DFA Intl Value - IRA #2 | D | Dividend | M | T | buy | 11/08 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  DFA US Large Value - IRA #2 | D | Dividend | M | T | buy | 11/08 | K | | |
| 138.  DFA US Small Value - IRA #2 | D | Dividend | L | T | buy | 11/08 | K | | |
| 139.  DFA US Micro - IRA #2 | C | Dividend | K | T | buy | 11/08 | J | | |
| 140.  First Eagle Overseas - IRA #2 | D | Dividend | L | T | buy | 11/08 | J | | |
| 141.  Hotchkis & Wiley Core Value - IRA #2 | D | Dividend | L | T | buy | 11/08 | J | | |
| 142.  Janus Mid Cap Value - IRA #2 | D | Dividend | L | T | sell partial | 11/08 | L | D | |
| 143.  Hotchkis & Wiley Mid Value - IRA #2 | E | Dividend | L | T | buy | 11/08 | L | | |
| 144.  Janus Overseas - IRA #2 | D | Dividend | M | T | | | | | |
| 145.  Morgan Stanley Emerging Mkts - IRA #2 | D | Dividend | L | T | sell partial | 11/08 | J | D | |
| 146.  Morgan Stanley Intl Eqty Fund - IRA #2 | E | Dividend | M | T | buy | 11/08 | K | | |
| 147.  Morgan Stanley Trust Value - IRA #2 | | None | | | sell | 01/30 | L | D | |
| 148.  Sound Shore - IRA #2 | D | Dividend | L | T | buy | 11/08 | L | | |
| 149.  NB Fasciano - IRA #2 | D | Dividend | L | T | buy | 11/08 | K | | |
| 150.  Royce Opportunity - IRA #2 | D | Dividend | K | T | buy | 11/08 | J | | |
| 151.  Royce Value Plus - IRA #2 | B | Dividend | K | T | buy | 11/08 | J | | |
| 152.  Thornburg Intl Value - IRA #2 | C | Dividend | K | T | buy | 11/08 | J | | |
| 153.  Vanguard Growth Eqty - IRA #2 | | None | | | sell | 11/29 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Turner Core Growth - IRA #2 | A | Dividend | M | T | buy | 11/29 | M | | |
| 155.  Westcore Growth - IRA #2 | | None | | | sell | 11/07 | L | E | |
| 156.  Janus Fund - IRA #2 | A | Dividend | L | T | buy | 11/07 | L | | |
| 157.  Westcore Intl Frontier - IRA #2 | B | Dividend | K | T | | | | | |
| 158.  Westcore Mid Cap Value - IRA #2 | B | Dividend | M | T | | | | | |
| 159.  Westcore MIDCO Growth - IRA #2 | E | Dividend | M | T | buy | 11/08 | J | | |
| 160.  William Blair Intl Growth - IRA #2 | D | Dividend | L | T | | | | | |
| 161.  William Blair Intl Small Cap Growth - IRA #2 | C | Dividend | K | T | buy | 11/08 | K | | |
| 162.  William Blair Large Cap Growth - IRA #2 | A | Dividend | L | T | buy | 11/08 | J | | |
| 163.  Idearc Inc. | A | Dividend | J | T | sell partial | 01/19 | J | A | |
| 164.  AXA | A | Dividend | J | T | | | | | |
| 165.  MSIF Global Real Estate | B | Dividend | K | T | buy | 09/01 | K | | |
| 166.  MSIF Systematic Active Small | A | Dividend | K | T | buy | 09/01 | K | | |
| 167.  MSIF Active Intl Allocation | D | Dividend | K | T | buy | 09/01 | K | | |
| 168.  MSIF Emerging Mkts | D | Dividend | K | T | buy | 09/01 | K | | |
| 169.  MSIF International Magnum | B | Dividend | K | T | buy | 09/01 | K | | |
| 170.  Progenics Pharmaceuticals | | None | L | T | buy | 11/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Opko Health Inc. | | None | J | T | buy | 07/26 | J | | |
| 172. Citigroup Inc. | A | Dividend | J | T | buy | 12/20 | J | | |
| 173. Pep Boys | | None | J | T | buy | 12/12 | J | | |
| 174. Rental Property; Philadelphia, PA | E | Rent | O | W | buy | 06/01 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544